THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PATRICK KEENAN, as Chamberlain of the City of New York, Appellant.

*People* v. *Keenan*, 110 App. Div. 537, affirmed.
(Argued June 4, 1906; decided June 19, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 17, 1906, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to pay over to the state treasurer all moneys which have been paid into court and remained unclaimed for a period of twenty years or more.

*John J. Delany, Corporation Counsel (Theodore Connoly* and *John F. O'Brien* of counsel), for appellant.

*Julius M. Mayer, Attorney-General (James G. Graham* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Absent: O'BRIEN, J.